No. 87–534.  MOATES *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 87–536.  JERRY *v.* UAW, LOCAL 735, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 87–5031.  PROWS *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 87–5046.  MEDINA *v.* CALIFORNIA.  Ct. App. Cal., 5th App. Dist.  Certiorari denied.

No. 87–5057.  VARONA-ALGOS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 87–5064.  TRUJILLO *v.* SULLIVAN, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 87–5095.  SHEPARD *v.* LANE, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 87–5134.  WILLIAMS *v.* MISSOURI.  Sup. Ct. Mo.  Certiorari denied.

No. 87–5156.  CARMONA *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 87–5182.  JOSEPH *v.* BUTLER, WARDEN.  Sup. Ct. La. Certiorari denied.

No. 87–5206.  KUNKEL *v.* WISCONSIN.  Sup. Ct. Wis.  Certiorari denied.

No. 87–5283.  JARMAN *v.* UNITED STATES DEPARTMENT OF COMMERCE ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 87–5329.  CABRERA *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 87–5330.  COLES *v.* BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. D. C. Cir.  Certiorari denied.

No. 87–5403.  LEWIS *v.* SHERIFF'S DEPARTMENT FOR THE CITY OF ST. LOUIS ET AL.  C. A. 8th Cir.  Certiorari denied.